UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re
**Gayle Darlene Carson,**                             Chapter 7
        Debtor                             Case No. 08-13319-WCH

# ORDER

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that JPMorgan Chase Bank, National Association, its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose of the mortgage given by Anthony Capone and Gayle D. Carson to Washington Mutual Bank, FA, dated June 18, 2007 and recorded with the Norfolk County Registry of Deeds at Book 24908, Page 87 and which covers the premises located at 500 Willard Street, Unit 402, Granite Estates Condominium, Quincy, MA 02169, and may exercise its rights under said Mortgage, and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law.

*/s/ William C. Hillman*

_____
William Hillman
United States Bankruptcy Judge

Dated: August 12, 2009